IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) CRIMINAL NO. 18-2849 MV<br>) |
| vs. | ) Count 1: 21 U.S.C. § 846: Conspiracy;<br>) |
| LUCAS PAEZ and<br>MARK WENTWORTH,<br><br>Defendants. | ) Count 2: 21 U.S.C. §§ 841(a)(1) and<br>) (b)(1)(A): Distribution of 500 Grams<br>) and More of Mixture and Substance<br>) Containing Methamphetamine; 18<br>) U.S.C. § 2: Aiding and Abetting;<br>)<br>) Count 3: 18 U.S.C. § 924(c): Using and<br>) Carrying a Firearm During and in<br>) Relation to a Drug Trafficking Crime,<br>) and Possessing a Firearm in<br>) Furtherance of Such Crime. |

INDICTMENT

The Grand Jury charges:

Count 1

Beginning on a date unknown, but not later than May 26, 2017, and continuing to on or about August 15, 2018, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **LUCAS PAEZ** and **MARK WENTWORTH**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), specifically, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 846.

## Count 2

On or about August 7, 2018, in Bernalillo County, in the District of New Mexico, the defendants, **LUCAS PAEZ** and **MARK WENTWORTH**, unlawfully, knowingly and intentionally distributed a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

## Count 3

On or about August 7, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **MARK WENTWORTH**, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, distribution of methamphetamine as charged in Count 2 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants, **LUCAS PAEZ** and **MARK WENTWORTH**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL JUDGMENT

A sum of money not to exceed $11,980 representing the property constituting, or derived from, any proceeds that the defendants, **LUCAS PAEZ** and **MARK WENTWORTH**, obtained, directly or indirectly, as a result of the offenses set forth in Counts 1, 2 and 3.

2. REAL PROPERTY

   a. The real property located at 529 Los Ranchos Rd. NW, Albuquerque, NM 87107, Parcel ID No. 1 014 063 522 415 10802, and Legal Description MRGCD MAP #27 TRACTS 61D & 62C CONT 8,275 SQ FT +-.

3. PERSONAL PROPERTY

   a. $11,980 in the possession of the defendant, **MARK WENTWORTH**, at the time of his arrest on August 7, 2018; and

   b. $4,500 in the possession of the defendant, **LUCAS PAEZ**, at the time of his arrest on August 7, 2018.

If any of the property described above, as a result of any act or omission of the defendants, **LUCAS PAEZ** and **MARK WENTWORTH**:

   i. cannot be located upon the exercise of due diligence;

   ii. has been transferred or sold to, or deposited with, a third party;

   iii. has been placed beyond the jurisdiction of the court;

   iv. has been substantially diminished in value; or

   v. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney