IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | CRIMINAL NO. <u>18-CR-2849-JAP</u> |
| ) | |
| vs.    ) | |
| ) | |
| **LUCAS PAEZ**,    ) | |
| ) | |
| Defendant.    ) | |

## MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT LUCAS PAEZ WITHOUT PREJUDICE

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States respectfully moves the Court to dismiss the pending Indictment in this case, without prejudice, against only Lucas Paez.

                               Respectfully submitted,

                               JOHN C. ANDERSON
                               United States Attorney

                               <u>*Electronically filed March 28, 2019*</u>
                               Kristopher N. Houghton
                               Assistant U.S. Attorney
                               P.O. Box 607
                               Albuquerque, NM 87103
                               (505) 346-7274

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the
foregoing through the CM/ECF system, which
provided notice and a copy to opposing counsel
of record.

/s/
Kristopher N. Houghton
Assistant United States Attorney