IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 18-2849-JAP |
| **LUCAS PAEZ**, | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court on the motion of the United States to dismiss the pending Indictment in cause number 18-CR-2849-JAP, without prejudice, against only defendant Lucas Paez, and the Court being fully advised in the premises, and based upon interests of justice,

IT IS HEREBY ORDERED that the pending Indictment is hereby dismissed as against only defendant Lucas Paez without prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE